Keith D. Karnes, OSB # 03352
kkarnes@olsendaines.com
Olsen, Olsen & Daines
1599 State St.
P.O. Box 12829
Salem, OR 97309-0829
Telephone (503) 362-9393
Fax (503) 362-1375

FILED'06 FEB 22 13:07USDC-ORM

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

DANIEL SALGADO,

                    Plaintiff,

            v.

PAUL LAW OFFICES; and WELLS
FARGO BANK, NATIONAL
ASSOCIATION,

                    Defendants.

Case No.  06- 3010-CO

Complaint for Violations of Fair Debt
Collection Practices Act and Fair Credit
Reporting Act

**JURY REQUESTED**

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is an action for actual damages, statutory damages, punitive damages, and attorney fees and costs brought by Plaintiff, Daniel Salgado, an individual consumer, against Defendants, Paul Law Offices and Wells Fargo Bank, National Association, for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq* (herein "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. ("FCRA"), which prohibits furnishers of information from engaging in abusive, deceptive, and unfair practices.

Page 1- COMPLAINT

Rec # 534

## II.  JURISDICTION

2.  This Court has jurisdiction pursuant to the FDCPA, 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337, and pursuant to the FCRA, 15 U.S.C. § 1681.  Venue in this District is proper because Defendants conduct business in Oregon and the conduct complained of occurred within the District.

## III.  PARTIES

3.  Plaintiff is a natural person residing in Central Point, Oregon.

4.  Defendant Paul Law Offices, (herein "Paul"),  is an Utah law firm engaged in the business of collecting debts with its principal place of business located in Salt Lake City, Utah.  The principal purpose of Defendant Paul is the collection of debts and Defendant Paul regularly attempts to collect debts alleged to be due another.

5.  Defendant Paul is not licensed to do business in the state of Oregon, is not licensed to practice law in the state of Oregon and is not licensed to collect debts in the state of Oregon.

6.  Defendant Paul is engaged in the collection of debts from consumers using the telephone. Defendant Paul regularly attempt to collect consumer debts alleged to be due to another.  Defendant Paul is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

7.  Defendant Wells Fargo Bank, National Association, (herein "Wells Fargo"), is a national bank chartered under the laws of the United States.

8.  Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3) and by the FCRA, § 1681 a(c).

## IV.  FACTUAL ALLEGATIONS

9.  Plaintiff has never had, nor currently owes a debt to Defendant Wells Fargo.

10.  Plaintiff has informed Defendant Paul that he does not, nor did he ever have an account with Defendant Wells Fargo.

11.  Plaintiff has informed Defendant Paul that the debt is question does not belong to him.

Page 2- COMPLAINT

12. Defendant Paul willfully requested and received Plaintiff's Experian consumer credit report on November 9, 2004 knowing that Plaintiff did not owe Defendants any money. (Exhibit A.)

13. Defendant Paul has threatened to pursue legal action against Plaintiff if Plaintiff does not remedy the debt in question. (Exhibit B.)

V.  CLAIM FOR RELIEF

**Claim One**<br>**(FDCPA)**

14. Defendant Paul's action in continuing to attempt to collect the debt in question from Plaintiff after Plaintiff informed Defendant Paul that he does not have, nor has ever had an account with Defendant Wells Fargo is a violation of the FDCPA, 15 U.S.C. §§ 1692c, 1692d.

15. Defendant Paul's action has caused Plaintiff damages in the form of embarrassment, emotional distress, and attorney fees.

**Claim Two**<br>**(FDCPA)**

16. Defendant Paul's action in threatening to pursue legal action against Plaintiff if Plaintiff does not remedy the debt in question is a violation of the FDCPA, 15 U.S.C. § 1692e.

17. Defendant Paul's action has caused Plaintiff damages in the form of embarrassment, emotional distress, and attorney fees.

**Claim Three**<br>**(FCRA)**

18. Defendant Paul's action in requesting and viewing Plaintiff's Experian credit report is a willful violation of the FCRA, 15 U.S.C. § 1681q.

19. Defendant Paul's action has caused Plaintiff damages in the form of embarrassment, emotional distress, damaged credit scoring, and attorney fees.

/ / /

/ / /

Page 3- COMPLAINT

**Claim Four**
**(FCRA)**

20.  Defendant Wells Fargo is liable for the actions of Defendant Paul.

21.  Wells Fargo's action in employing Paul who reviewed Plaintiff's Experian credit report is a violation of the FCRA, 15 U.S.C. § 1681q, Defendant Wells Fargo's action has caused Plaintiff damages in the form of embarrassment, emotional distress, damaged credit scoring, and attorney fees.

WHEREFORE, Plaintiff Daniel Salgado respectfully requests that judgment be entered against Defendants as follows:

A.     Declaratory Judgment that Defendant Paul's actions violated the FDCPA;

B.     Declaratory Judgment that Defendants' actions violated the FCRA;

C.     Actual Damages;

D.     Statutory Damages pursuant to 15 U.S.C. § 1692k in the amount of $1,000.00;

E.     Statutory Damages pursuant to 15 U.S.C. § 1681n in the amount of $1,000.00;

F.     Punitive Damages;

G.     Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k and 15 U.S.C. § 1681n; and

H.     For such other relief that the Court may deem just and proper.

DATED February 20, 2006

Keith D. Karnes OSB # 03352
Attorney for Plaintiff

**DEMAND FOR JURY TRIAL**

Please take notice that Plaintiff requests a trial by jury in this matter.

Keith D. Karnes, OSB # 03352
Attorney for Plaintiff

Page 4- COMPLAINT

 experian

**X** Close

## Online Personal Credit Report from Experian for

Experian credit report prepared for
**DANIEL  SALGADO**
Your report number is
**3476291915**
Report date:
**02/07/2006**

Index:
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Contact us
- Know your rights

🖨 **Print rep**

Experian collects and organizes information about you and your credit history from public records, your creditors and other relia sources. Experian makes your credit history available to your current and prospective creditors, employers and others as allowe law, which can expedite your ability to obtain credit and can make offers of credit available to you. We do not grant or deny cre credit grantor makes that decision based on its own guidelines.

## Accounts in Good Standing                                                                ba

**AMEX**
Address:
PO BOX 297812
FT LAUDERDALE, FL 33329
(800) 528-2122
Status: Paid,Closed/Never late.

Account Number:
015998170013347942

| | | |
|---|---|---|
| Date Opened:<br>08/1989 | Type:<br>**Revolving** | Credit Limit/Original Amount:<br>**NA** |
| Reported Since:<br>11/2001 | Terms:<br>**1 Months** | High Balance:<br>**NA** |
| Date of Status:<br>11/2001 | Monthly Payment:<br>**$0** | Recent Balance:<br>**NA** |
| Last Reported:<br>11/2001 | Responsibility:<br>**Individual** | Recent Payment:<br>**NA** |

Your statement:
Account closed at consumer's request

**ASSOC FINANCIAL SVCS**
Address:
259 E BARNETT RD STE J
MEDFORD, OR 97501
*No phone number available*
Status: Paid,Closed/Never late.

Account Number:
2365895031....

| | | |
|---|---|---|
| Date Opened:<br>09/1994 | Type:<br>**Mortgage** | Credit Limit/Original Amount:<br>**$168,917** |
| Reported Since:<br>09/1994 | Terms:<br>**60 Months** | High Balance:<br>**NA** |
| Date of Status:<br>05/1997 | Monthly Payment:<br>**$0** | Recent Balance:<br>**NA** |
| Last Reported:<br>05/1997 | Responsibility:<br>**Joint** | Recent Payment:<br>**NA** |

EXHIBIT___A

PAGE___|___OF_|7

**BANK OF AMERICA**
Address:                          Account Number:
PO BOX 1598                       488860311989....
NORFOLK, VA 23501
(800) 444-8430
Status: Open/Never late.

Date Opened:            Type:                    Credit Limit/Original Amount:
12/2004                 Revolving                $5,500
Reported Since:         Terms:                   High Balance:
12/2004                 NA                       $5,539
Date of Status:         Monthly Payment:         Recent Balance:
01/2006                 $108                     $5,123 as of 01/2006
Last Reported:          Responsibility:          Recent Payment:
01/2006                 Individual               $110

Balance History:
12/2005   $5,175
11/2005   $5,356
10/2005   $5,344
09/2005   $5,330
08/2005   $5,188
07/2005   $5,238
06/2005   $5,288
05/2005   $5,388
04/2005   $5,499
03/2005   $5,534
02/2005   $5,490
01/2005   $5,500
12/2004   $0

Between Dec 2004 and Dec 2005, your credit limit/high balance
was $5,500

**CAP ONE BK**
Address:                          Account Number:
PO BOX 85015                      438864185089....
RICHMOND, VA 23285
(800) 903-3637
Status: Paid,Closed/Never late.

Date Opened:            Type:                    Credit Limit/Original Amount:
01/2001                 Revolving                NA
Reported Since:         Terms:                   High Balance:
01/2001                 NA                       $215
Date of Status:         Monthly Payment:         Recent Balance:
08/2002                 $0                       NA
Last Reported:          Responsibility:          Recent Payment:
08/2002                 Individual               NA

Your statement:
Account closed at consumer's request

EXHIBIT ____A____
PAGE __2__ OF _17_

**CBUSASEARS**

Printable Full Report

Address:
PO BOX 6189
SIOUX FALLS, SD 57117
*No phone number available*
Status: **Open/Never late.**

Account Number:
504994800388....

Date Opened:
07/1973
Reported Since:
05/1994
Date of Status:
01/2006
Last Reported:
01/2006

Type:
**Revolving**
Terms:
**NA**
Monthly Payment:
**$61**
Responsibility:
**Individual**

Credit Limit/Original Amount:
$2,600
High Balance:
$2,122
Recent Balance:
**$1,967 as of 01/2006**
Recent Payment:
$0

Balance History:
12/2005  $1,956
11/2005  $1,967
10/2005  $2,060
09/2005  $2,099
08/2005  $1,780
07/2005  $1,794
06/2005  $1,190
05/2005  $1,167
04/2005  $1,173
03/2005  $1,116
02/2005  $1,252
01/2005  $992
12/2004  $949
11/2004  $804
09/2004  $611
08/2004  $599
07/2004  $589
06/2004  $628
05/2004  $303
04/2004  $169
03/2004  $352
02/2004  $66

Between Jul 2004 and Dec 2005, your credit limit/high balance
was $2,600
Between Feb 2004 and Jun 2004, your credit limit/high balance
was $2,150

**CHASE**
Address:
800 BROOKSEDGE BLVD
WESTERVILLE, OH 43081
(800) 955-9900
Status: **Open/Never late.**

Account Number:
435787686006....

Date Opened:
05/2005
Reported Since:
06/2005
Date of Status:
01/2006
Last Reported:
01/2006

Type:
**Revolving**
Terms:
**NA**
Monthly Payment:
**$144**
Responsibility:
**Individual**

Credit Limit/Original Amount:
$8,000
High Balance:
$7,776
Recent Balance:
**$7,241 as of 01/2006**
Recent Payment:
$147

EXHIBIT ____A____

PAGE __3__OF__17__

Balance History:
12/2005   $7,388
11/2005   $7,538
10/2005   $7,691
09/2005   $3,701
08/2005   $3,075
07/2005   $0
06/2005   $0

Between Jun 2005 and Dec 2005, your credit limit/high balance
was $8,000

**CHASE**
Address:                      Account Number:
800 BROOKSEDGE BLVD           426684106630....
WESTERVILLE, OH 43081
(800) 955-9900
Status: Open/Never late.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 10/2005 | Revolving | $8,000 |
| Reported Since: | Terms: | High Balance: |
| 11/2005 | NA | $6,980 |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 01/2006 | $139 | $6,972 as of 01/2006 |
| Last Reported: | Responsibility: | Recent Payment: |
| 01/2006 | Individual | $94 |

Balance History:
12/2005   $4,710
11/2005   $4,771

Between Nov 2005 and Dec 2005, your credit limit/high balance
was $8,000

**CHASE**
Address:                      Account Number:
PO BOX 901008                 42925854....
FORT WORTH, TX 76101
(800) 800-5626
Status: Paid,Closed/Never late.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 05/2005 | Revolving | $43,500 |
| Reported Since: | Terms: | High Balance: |
| 05/2005 | NA | $43,902 |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 12/2005 | $0 | NA |
| Last Reported: | Responsibility: | Recent Payment: |
| 12/2005 | Individual | NA |

Balance History:
12/2005   $0
10/2005   $43,902
09/2005   $43,877
08/2005   $43,380
07/2005   $43,366
06/2005   $40,808

EXHIBIT  A
PAGE 4 OF 17

05/2005  $33,154

Between Sep 2005 and Dec 2005, your credit limit/high balance
was $43,500
Between Jul 2005 and Aug 2005, your credit limit/high balance
was $42,977
Between Jun 2005 and Jun 2005, your credit limit/high balance
was $40,494
Between May 2005 and May 2005, your credit limit/high balance
was $33,000

**CHASE MANHATTAN MTGE**
Address:                          Account Number:
PO BOX 24696                      139704....
COLUMBUS, OH 43224
(800) 314-5662
Status: Paid,Closed/Never late.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 04/2005 | **Mortgage** | **$172,500** |
| Reported Since: | Terms: | High Balance: |
| 07/2005 | **30 Years** | **NA** |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 11/2005 | **$0** | **NA** |
| Last Reported: | Responsibility: | Recent Payment: |
| 11/2005 | **Individual** | **NA** |

**CHASE MANHATTAN MTGE**
Address:                          Account Number:
PO BOX 24696                      139704....
COLUMBUS, OH 43224
(800) 314-5662
Status: Open/Never late.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 10/2005 | **Mortgage** | **$232,000** |
| Reported Since: | Terms: | High Balance: |
| 01/2006 | **30 Years** | **NA** |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 01/2006 | **$1,063** | **$231,926 as of 01/2006** |
| Last Reported: | Responsibility: | Recent Payment: |
| 01/2006 | **Individual** | **$1,063** |

**CHEVRON CREDIT BANK NA**
Address:                          Account Number:
PO BOX 5010                       708005....
CONCORD, CA 94524
(800) 243-8766
Status: Closed/Never late.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 05/1990 | **Revolving** | **NA** |
| Reported Since: | Terms: | High Balance: |
| 04/1994 | **NA** | **$936** |

EXHIBIT A
PAGE 5 OF 17

| | | |
|---|---|---|
| Date of Status:<br>05/1999 | Monthly Payment:<br>$0 | Recent Balance:<br>$0 /paid as of 05/1999 |
| Last Reported:<br>05/1999 | Responsibility:<br>Joint | Recent Payment:<br>$0 |

Your statement:
**Account closed at consumer's request**

**CITIFINANCIAL**
Address:
110 LINCOLN HWY
FAIRLESS HILLS, PA 19030
*No phone number available*
Status: **Paid,Closed/Never late.**

Account Number:
607372331211....

| | | |
|---|---|---|
| Date Opened:<br>01/2002 | Type:<br>**Installment** | Credit Limit/Original Amount:<br>$2,079 |
| Reported Since:<br>01/2002 | Terms:<br>**12 Months** | High Balance:<br>**NA** |
| Date of Status:<br>02/2002 | Monthly Payment:<br>$0 | Recent Balance:<br>**NA** |
| Last Reported:<br>02/2002 | Responsibility:<br>**Individual** | Recent Payment:<br>**NA** |

**CITIFINANCIAL**
Address:
110 LINCOLN HWY
FAIRLESS HILLS, PA 19030
*No phone number available*
Status: **Open/Never late.**

Account Number:
607372333514....

| | | |
|---|---|---|
| Date Opened:<br>09/2005 | Type:<br>**Installment** | Credit Limit/Original Amount:<br>$9,568 |
| Reported Since:<br>09/2005 | Terms:<br>**60 Months** | High Balance:<br>**NA** |
| Date of Status:<br>12/2005 | Monthly Payment:<br>$267 | Recent Balance:<br>$9,214 as of 12/2005 |
| Last Reported:<br>12/2005 | Responsibility:<br>**Individual** | Recent Payment:<br>$300 |

**GOTTSCHALKS**
Address:
PO BOX 28920
FRESNO, CA 93729
*No phone number available*
Status: **Inactive/Never late.**

Account Number:
10018....

| | | |
|---|---|---|
| Date Opened:<br>02/1992 | Type:<br>**Revolving** | Credit Limit/Original Amount:<br>NA |
| Reported Since:<br>04/1994 | Terms:<br>**NA** | High Balance:<br>$108 |
| Date of Status:<br>04/1994 | Monthly Payment:<br>$0 | Recent Balance:<br>$0 /paid as of 04/1996 |

EXHIBIT _A_

PAGE _6_ OF _17_

| Last Reported: | Responsibility: | Recent Payment: |
| --- | --- | --- |
| 04/1996 | Joint with JUDI E SOUZA | $0 |

**T/EMPORIUM**
Address:
PO BOX 5467
EUGENE, OR 97405
*No phone number available*
Status: **Closed/Never late.**

| Date Opened: | Type: | Credit Limit/Original Amount: |
| --- | --- | --- |
| 09/1989 | Revolving | $3,000 |
| Reported Since: | Terms: | High Balance: |
| 04/1994 | NA | $907 |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 10/2000 | $0 | $0 as of 05/2002 |
| Last Reported: | Responsibility: | Recent Payment: |
| 05/2002 | Joint with JUDI E SOUZA | $0 |

Your statement:
Account closed at consumer's request

## Requests for Your Credit History

## Requests Viewed By Others

We make your credit history available to your current and prospective creditors and employers as allowed by law. Personal d
you may be made available to companies whose products and services may interest you.

The section below lists all who have requested in the recent past to review your credit history as a result of actions involving y
as the completion of a credit application or the transfer of an account to a collection agency, application for insurance, mortga
application, etc. Creditors may view these requests when evaluating your creditworthiness.

**FISERV CREDSTAR**
Address:
6350 LAUREL CANYON BLVD
NORTH HOLLYWOOD CA 91606
*No phone number available*
Comments:
Real estate loan on behalf of QUICKEN
LOANS INC. This inquiry is scheduled to
continue on record until Feb 2008.

Date of Request:
01/11/2006

**1 SOURCE DATA/SECURED FU**
Address:
2335 CAMINO VIDA ROBLE
CARLSBAD CA 92011
*No phone number available*
Comments:
Real estate loan . This inquiry is scheduled
to continue on record until Jan 2008.

Date of Request:
12/28/2005

**CHASE**

EXHIBIT _A_

PAGE _1_ OF _17_

Address:
6465 S GREENWOOD PLZ BLV
CENTENNIAL CO 80111
*No phone number available*
Comments:
Real estate loan . This inquiry is scheduled
to continue on record until Jan 2008.

Date of Request:
12/08/2005

## DISCOVER FINANCIAL SERVI
Address:
2500 LAKE COOK RD # 2N
RIVERWOODS IL 60015
*No phone number available*
Comments:
Permissible purpose. This inquiry is
scheduled to continue on record until Dec
2007.

Date of Request:
11/10/2005

## CHASE
Address:
194 WOOD AVE S
ISELIN NJ 08830
(800) 877-3115
Comments:
Real estate loan . This inquiry is scheduled
to continue on record until Nov 2007.

Date of Request:
10/13/2005

## CREDIT PLUS
Address:
31550 WINTERPLACE PKWY
SALISBURY MD 21804
*No phone number available*
Comments:
Real estate loan on behalf of NEW DAY
FINANCIAL LLC FG. This inquiry is
scheduled to continue on record until Nov
2007.

Date of Request:
10/13/2005

## FIRST USA,NA
Address:
800 BROOKS EDGE BLVD
WESTERVILLE OH 43081
*No phone number available*
Comments:
Permissible purpose. This inquiry is
scheduled to continue on record until Nov
2007.

Date of Request:
10/12/2005

## CHASE
Address:
194 WOOD AVE S
ISELIN NJ 08830
(800) 877-3115
Comments:
Real estate loan . This inquiry is scheduled
to continue on record until Oct 2007.

Date of Request:
09/08/2005

EXHIBIT ___*A*___

PAGE ___*8*___ OF ___*7*___

## LANDSAFECREDIT
Address:

Date of Request:

1515 WALNUT GROVE AVE
ROSEMEAD CA 91770
*No phone number available*
Comments:
Real estate loan on behalf of BENCHMARK
LENDING GROUP . This inquiry is
scheduled to continue on record until Sep
2007.

08/22/2005

## CHASE
Address:
194 WOOD AVE S
ISELIN NJ 08830
(800) 877-3115
Comments:
Real estate loan . This inquiry is scheduled
to continue on record until Apr 2007.

Date of Request:
03/23/2005

## ADP/DOLLAR OLDS GMC
Address:
325 S RIVERSIDE AVE
MEDFORD OR 97501
*No phone number available*
Comments:
Auto loan. This inquiry is scheduled to
continue on record until Apr 2007.

Date of Request:
03/17/2005

## ADP/DOLLAR OLDS GMC
Address:
325 S RIVERSIDE AVE
MEDFORD OR 97501
*No phone number available*
Comments:
Auto loan. This inquiry is scheduled to
continue on record until Apr 2007.

Date of Request:
03/08/2005

## FIRST AMERICAN CREDCO
Address:
12395 FIRST AMERICAN WAY
POWAY CA 92064
*No phone number available*
Comments:
Real estate loan on behalf of ACCREDITED
HOME LENDERS-. This inquiry is scheduled
to continue on record until Apr 2007.

Date of Request:
03/08/2005

## EQUIFAX MORTG SERVICES
Address:
6 CLEMENTON RD E STE A2
GIBBSBORO NJ 08026
*No phone number available*
Comments:
Conventional mortgage on behalf of ROGUE
FEDERAL CREDIT U. This inquiry is
scheduled to continue on record until Mar
2007.

Date of Request:
02/08/2005

EXHIBIT __A__
PAGE __9__ OF __17__

## CREDCO
Address:

Date of Request:

12395 FIRST AMERICAN WAY                                    01/12/2005
POWAY CA 92064
*No phone number available*
Comments:
Real estate loan on behalf of LONG BEACH
MORTGAGE. This inquiry is scheduled to
continue on record until Feb 2007.


## FIRST AMERICAN CREDCO
Address:                                                    Date of Request:
1500 NW BETHANY BLVD STE                                    12/29/2004
BEAVERTON OR 97006
*No phone number available*
Comments:
Real estate loan on behalf of WAMU -
00875. This inquiry is scheduled to continue
on record until Jan 2007.


## WASHINGTON MUTUAL MORTGA
Address:                                                    Date of Request:
188 106TH AVE NE STE 520                                    12/29/2004
BELLEVUE WA 98004
*No phone number available*
Comments:
Permissible purpose. This inquiry is
scheduled to continue on record until Jan
2007.


## LANDAMERICA CREDIT SVCS
Address:                                                    Date of Request:
23622 CALABASAS RD STE 1                                    11/29/2004
CALABASAS CA 91302
*No phone number available*
Comments:
Real estate loan . This inquiry is scheduled
to continue on record until Dec 2006.


## PAUL LAW OFFICES
Address:                                                    Date of Request:
230 W 200 S STE 3301                                        11/09/2004
SALT LAKE CITY UT 84101
*No phone number available*
Comments:
Collection purpose. This inquiry is scheduled
to continue on record until Dec 2006.


## ADP/AIRPORT CHEVROLET
Address:                                                    Date of Request:
3001 BIDDLE RD                                              06/01/2004
MEDFORD OR 97504
*No phone number available*
Comments:
Auto loan. This inquiry is scheduled to
continue on record until Jul 2006.


## ROGUE FEDERAL CR UNION
Address:                                                    Date of Request:            EXHIBIT  A
1085 ROYAL CT                                               06/01/2004
MEDFORD OR 97504                                                                        PAGE 10 OF 17

*No phone number available*
Comments:
Residential rental. This inquiry is scheduled
to continue on record until Jul 2006.

## WFS FINANCIAL

Address:                                                    Date of Request:
23 PASTEUR                                                 05/31/2004
IRVINE CA 92618
*No phone number available*
Comments:
Permissible purpose. This inquiry is
scheduled to continue on record until Jun
2006.


# Requests Viewed Only By You

The section below lists all who have a permissible purpose by law and have requested in the recent past to review your inforr
You may not have initiated these requests, so you may not recognize each source. We offer information about you to those w
permissible purpose, for example, to:

- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian or other credit reporting agencies to process a report for you;
- your existing creditors to monitor your credit activity (date listed may reflect only the most recent request).

We report these requests **only to you** as a record of activities. We **do not** provide this information to other creditors who eva
creditworthiness.


## EXPERIAN

Address:                                                    Date of Request:
PO BOX 9600                                                02/06/2006
ALLEN TX 75013
*No phone number available*

## FAC/HM LOAN CNTR LENDING

Address:                                                    Date of Request:
163 TECHNOLOGY DR                                          01/12/2006, 12/29/2005,
IRVINE CA 92618                                            12/09/2005, 10/14/2005,
*No phone number available*                                08/23/2005

## WACHOVIA BBANK OF DE/FTU

Address:                                                    Date of Request:
1525 W WT HARRIS BLVD                                      12/29/2005
CHARLOTTE NC 28262
*No phone number available*

## CHASE

Address:                                                    Date of Request:
800 BROOKSEDGE BLVD                                        12/09/2005
WESTERVILLE OH 43081
*No phone number available*

## SECURED FUNDING CORP

Address:                                                    Date of Request:
18012 COWAN ST                                             12/09/2005
IRVINE CA 92614
*No phone number available*

EXHIBIT ___A___
PAGE _11_ OF _17_

Printable Full Report

## VIKING CREDIT CORPORATIO
Address:
2955 RED HILL AVE
COSTA MESA CA 92626
*No phone number available*

Date of Request:
12/09/2005

## FAC/CREDITREPORT.COM
Address:
9040 TOPANGA CANYON BLVD
CANOGA PARK CA 91304
*No phone number available*

Date of Request:
11/29/2005

## FAC/MIGHTY NET
Address:
12395 FIRST AMERICAN WAY
POWAY CA 92064
*No phone number available*

Date of Request:
11/29/2005

## METROPOLITAN HOME MORTGA
Address:
4 PARK PLZ STE 800
IRVINE CA 92614
*No phone number available*

Date of Request:
11/28/2005

## CHASE BANK
Address:
100 DUFFY AVE # 4H2
HICKSVILLE NY 11801
*No phone number available*

Date of Request:
11/11/2005

## STEARNS LENDING INC
Address:
4 HUTTON CENTRE DR STE 5
SANTA ANA CA 92707
*No phone number available*

Date of Request:
11/09/2005

## HOME LOAN FUNDING
Address:
2501 ALTON PKWY
IRVINE CA 92606
*No phone number available*

Date of Request:
11/01/2005

## CHASE BANK
Address:
100 DUFFY AVE # 4H2
HICKSVILLE NY 11801
*No phone number available*

Date of Request:
10/14/2005

## DISCOVER FINANCIAL SVCS
Address:
PO BOX 15157
WILMINGTON DE 19886
*No phone number available*

Date of Request:
10/14/2005, 09/15/2005,
08/17/2005, 08/12/2005,
08/05/2005, 07/22/2005

## FIRST USA,NA
Address:
PO BOX 8650
WILMINGTON DE 19899
(800) 955-9900

Date of Request:
09/22/2005

## CHASE BANK USA,NA
Address:
3415 VISION DR
COLUMBUS OH 43219

Date of Request:
08/23/2005

EXHIBIT  A
PAGE  12  OF  17

(800) 848-9136

**FIRST USA,NA**
Address:
PO BOX 8650
WILMINGTON DE 19899
(800) 955-9900

Date of Request:
08/22/2005

**FHLMC FREDDIE MAC**
Address:
8200 JOANS BRANCH DR
MCLEAN VA 22102
*No phone number available*

Date of Request:
06/30/2005

**CITI**
Address:
PO BOX 6000
SIOUX FALLS SD 57117
*No phone number available*

Date of Request:
04/15/2005

**OCEAN BANK FSB**
Address:
1 HOME LOAN PLZ
WARWICK RI 02886
*No phone number available*

Date of Request:
03/11/2005

**INTERTHINX**
Address:
5230 LAS VIRGENES RD STE
CALABASAS CA 91302
*No phone number available*
Comments:
On behalf of CENDANT MORTGAGE for 30

Date of Request:
03/08/2005

**INTERTHINX**
Address:
5230 LAS VIRGENES RD STE
CALABASAS CA 91302
*No phone number available*
On behalf of CENDANT MORTGAGE for 30

Date of Request:
03/08/2005

**CIC/EXPERIAN CREDIT RPT**
Address:
PO BOX 19729
IRVINE CA 92623
*No phone number available*

Date of Request:
03/05/2005

**MERCHANTS CR GUIDE CO**
Address:
223 W JACKSON BLVD
CHICAGO IL 60606
*No phone number available*

Date of Request:
02/25/2005, 02/24/2005,
10/29/2004

**CAPITAL ONE BANK**
Address:
4851 COX RD
GLEN ALLEN VA 23060
*No phone number available*

Date of Request:
02/24/2005, 11/28/2004,
06/23/2004

**CAPITAL ONE BANK**
Address:

Date of Request:
06/23/2004

EXHIBIT __A__

PAGE __13__ OF __17__

*No phone number available*

## MUTUAL OF OMAHA INSURANC

Address:
MUTUAL OF OMAHA PLAZA
OMAHA NE 68175
*No phone number available*

Date of Request:
06/03/2004

## CREDIT EXPERT

Address:
PO BOX 19729
IRVINE CA 92623
*No phone number available*

Date of Request:
05/21/2004

## EXPERIAN

Address:
520 E MAIN ST
CARNEGIE PA 15106
*No phone number available*

Date of Request:
11/06/2001

## Personal Information                                                    ba

The following information is reported to us by you, your creditors and other sources. Each source may report your personal in
differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud-prevention
a notice with additional information may appear. As a security precaution, the Social Security number that you used to obtain
is not displayed. The Geographical Code shown with each address identifies the state, county, census tract, block group and
Metropolitan Statistical Area associated with each address.

Names:
DANIEL P SALGADO
DANIEL SALGADO
DANIEL P SALGODO
DAN DESOUSA
DANIEL SALGADO Sr.
DANIEL P SALGADO Sr.
DANIEL DESOUSA Sr.
DANIEL P DESOUSA Sr.
DANIEL SOUSA

Date of birth:
07/23/1945

Spouse's First Name:
DEBORAH

Employers:
SBC ENGINEERING
SALGATO ENTERPRISES
SELF

Address: 683 FARNSWORTH DR
CENTRAL POINT, OR 97502-1977

Type of Residence: Single family

Geographical Code: 0-90020-29-4890

Address: PO BOX 3633
CENTRAL POINT, OR 97502-0025

Type of Residence: Post office box

Geographical Code: 0-100010-29-

Address: 693 FARNSWORTH DR
CENTRAL POINT, OR 97502-1977

Type of Residence: Single family

Geographical Code: 0-90020-29-4890

Address: 109 VINCENT AVE
CENTRAL POINT, OR 97502-1572

Type of Residence: Single family

Geographical Code: 0-90020-29-

## Important Message From Experian                                           ba

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Althou
do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports yc
payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYM
DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others

EXHIBIT ___A___

PAGE __14__ OF __17__

Case 1:06-cv-03010-CO    Document 1    Filed 02/22/06    Page 19 of 23    Page ID#: 19

## Contacting Us                                                                                    ba

NCAC
P.O. Box 9556
Allen, TX 75013
800 493 1058
M - F 9am - 5pm in your time zone.

## Know your rights                                                                                 ba

FCRA Rights

**Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 6(
Pennsylvania Ave. N.W., Washington, D.C. 20580.**

**A Summary of Your Rights under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consum
reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (su
agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of '
major rights under the FCRA. **For more information, including information about additional rights, go to** www.ftc.gov/cre
**write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washingt
D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another
  consumer report to deny your application for credit, insurance, or employment – or to take another adverse action again
  must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files
  consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may inclu
  Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from
  nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additic
  information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based
  information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores o
  distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, y
  receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is inc
  or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolo
  www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccu
  incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer repo
  agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting
  may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a
  need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA spe
  those with a valid need for access.

**EXHIBIT** A

**PAGE** 15 **OF** 17

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give o information about you to your employer, or a potential employer, without your written consent given to the employer. Wr consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choo remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bur 1 888 5OPTOUT (1 888 567 8688).

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer repor furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal c

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have rights under state law. For more information, contact your state or local consumer protection agency or your state Att General. Federal enforcers are:**

| Type of Business: | Contact: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580 1 877 382 4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Compliance Management, Mail Stop 6-6 Washington, DC 20219 1 800 613 6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board Division of Consumer & Community Affairs Washington, DC 20551 1 202 452 3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552 1 800 842 6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314 1 703 519 4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center 2345 Grand Avenue, Suite 100 Kansas City, Missouri 64108-2638 1 877 275 3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation Office of Financial Management Washington, DC 20590 1 202 366 1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator - GIPSA Washington, DC 20250 1 202 720 7051 |

## States Rights

Notification of rights for California consumers
California notice of your rights to request and obtain your credit score
Notification of rights for Colorado consumers
Notification of rights for Connecticut consumers
Notification of rights for Maryland consumers
Notification of rights for Massachusetts consumers

EXHIBIT _A_

PAGE _16_ OF _17_

Notification of rights for Nevada consumers
Notification of rights for North Carolina consumers
Notification of rights for Texas consumers
Notification of rights for Vermont consumers
Notification of rights for Washington consumers

©Experian 2006. All rights reserved.
Experian and the Experian marks herein are service marks or registered trademarks of Experian.



EXHIBIT _A_

PAGE _17_ OF _17_

# Paul Law Offices

A Professional Limited Liability Company
Attorneys at Law

August 1, 2005

PO Box 3536
Salt Lake City, Utah 84110
Telephone: (801) 466-2130
Facsimile: (801) 466-2059
Toll Free: 1-866-507-5050

SOUSA, DANIEL
683 FARNSWORTH DR
CENTRAL POINT OR 97502

RE:        WELLS FARGO
ACCT#:     5282313171350650
CASE#:     152136-C14

Daniel Sousa,

We have made several attempts to voluntarily resolve your obligation with this firm to no avail. This office is reviewing your account for legal action. If appropriate, we will proceed against you. If a court awards us a judgment against you there will be an additional assessment of costs and attorney fees, and post-judgment remedies may be taken.

Due to lack of resolution on your part we assessed your property at 683 FARNSWORTH DR CENTRAL POINT OR 97502. We confirmed this through the County Accessors Office.

Your loan is currently $18,056.87 (with interest).

We have investigated your account and our assessment is complete. If you do not respond within (7) days from the date of this letter, we will proceed accordingly. Your action will govern ours.

Respectfully,

Quintin Severnak
Legal Assistant
PAUL LAW OFFICES, LLC

*This is an attempt to collect a debt voluntarily and any information obtained will be used for that purpose.*

EXHIBIT   B

PAGE  1  OF  2

## PAUL LAW OFFICES, PLLC
230 West 200 South #3301
PO Box 3536
Salt Lake City, UT  84110

Telephone 801-466-2130

Fax 801-466-2059

December 5, 2005

Re: WELLS FARGO
Acct #: 5282313171350650
Case File 152136
Obligation Amount: $18,390.65
Interest Accrued:  $8,721.49

Daniel Sousa
683 FARNSWORTH DR
CENTRAL POINT OR 97502

Daniel Sousa,

We have made attempts to voluntarily resolve your obligation with this firm to no avail.  This office is reviewing your account for legal action, and if appropriate, we will proceed against you. If the court awards us judgment against you, there will be additional costs <u>assessed to you</u>, such as attorney and court costs. Post-judgment remedies may be taken.

Due to the lack of response, we have initiated an investigation of assets, property, bank account, vehicle and/or employment.  This satisfies our internal requirements for pre litigation.  A decision is being rendered at this time based on the information obtained.

We are willing to accept a settlement, in full, for the amount of <u>$6000.00</u>.  The settlement amount must be paid no later than <u>December 15, 2005</u>, by means of check-by-phone, certified funds, credit card or Western Union.

We must have a response within 10 days of the date on this letter.  Understand we are prepared to make a decision on this matter in the absence of your response.  However, we would like you to be a part of the decision making process, your actions will govern ours.

Regards,

Karrie Eubank
Paul Law Offices
pl/as

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

EXHIBIT  B
PAGE  2 OF  2